# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Yu' Sunrus Bey,

    Plaintiff(s),

vs.

State of North Carolina, et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:12cv454

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/13/12 Order.

Signed: August 14, 2012

Frank G. Johns, Clerk
United States District Court